UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**Alessandro Vincente, et al,**     )
        Plaintiff,            )  Civil Action No.
                                    )  1:14-cv-12926-NMG
                                    )
v.                                  )
                                    )
**Carlos Wanzeler,**                )
                                    )
        Defendant.            )
_____ )


ORDER OF DISMISSAL

    Gorton   D.J.

In accordance with the Defendant's motion to dismiss (dkt. no. 17), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


    4/29/2016                                By the Court,
      Date

                                      /s/Stephanie Caruso
                                         Deputy Clerk